In the Matter of HULON CAPSHAW, an Attorney, Appellant. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.

Argued April 17, 1944; decided May 25, 1944.

*Thomas I. Sheridan* for appellant.

*Chester B. McLaughlin, S. C. Lewis* and *Einar Chrystie* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and DESMOND, JJ. Taking no part: RIPPEY and THACHER, JJ.